

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-72,712-03

### IN RE LEONARD FARRELL WILLIS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 15CR1465-83-1 IN THE 405TH DISTRICT COURT
### FROM GALVESTON COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus and an amended application for a writ of habeas corpus in Galveston County and his applications have not been properly forwarded to this Court.

Respondent, the District Clerk of Galveston County, shall forward Relator's habeas applications to this Court, respond that Relator has not filed a habeas application in Galveston County, or forward a copy of an order designating issues together with correspondence documenting the date(s) the State received Relator's habeas applications. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent

shall comply with this order within thirty days from the date of this order.

Filed: May 12, 2021
Do not publish